No. 764. PONCE LIGHTER COMPANY *v.* MUNICIPALITY OF PONCE *et al.*—Appeal from the District Court of Ponce. Decided May 24, 1912. Judgment appealed from reversed. Mr. Justice Wolf delivered the opinion of the court. Chief Justice Hernández and Justices MacLeary, del Toro and Aldrey concurred. *Mr. Nemesio R. Canales* for appellants. *Mr. José A. Poventud* for respondents. A petition for reconsideration was filed and a new hearing held in this case, and the opinion delivered on May 24, 1912, will be published together with the opinion to be rendered by the court at the proper time on the motion for reconsideration.

No. 850. OTERO *v.* PASCUAL.—Appeal from the District Court of San Juan, Section 2. Motion of appellant to withdraw the appeal. Decided May 24, 1912. Appeal withdrawn by appellant. *Mr. Juan López de Goenaga* for appellant. The respondent did not appear. *Mr. Charles E. Foote, fiscal,* represented The People.

No. 867. QUEVEDO *v.* THE AMERICAN TRADING COMPANY.—Appeal from the District Court of Mayagüez. Motion to dismiss appeal. Decided May 24, 1912. Motion overruled. *Mr. Felipe Casalduc* for appellant. *Mr. José Benet* for respondents.

No. 821. JORDÁN *v.* JIMENEZ ET AL.—Appeal from the District Court of Humacao. Decided May 28, 1912. Judgment affirmed. *Messrs. López Landrón and Rincón* for appellant. *Mr. Manuel Tous Soto* for respondents.

No. 314. Ex PARTE GREGORY.—Petition by the National Surety Company for the cancellation of the surety bond furnished by Notary Juan Gregory Ramos. Decided May 28, 1912. Order made requiring a new bond. The National Surety Company appeared *per se.*